257 So.2d 151

## PALMER AND PALMER
v.
## UNITED INVESTMENT CORPORATION
d/b/a Citizens Finance Company.

No. 52072.

Feb. 8, 1972

In re: Robert E. Palmer and Charles B. W. Palmer applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Tangipahoa. 255 So.2d 611.

Application denied; the court of appeal is correct.

257 So.2d 151

## STATE of Louisiana ex rel. Billy PERRY
v.
## C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52099.

Feb. 8, 1972.

In re: Billy Perry applying for writs of mandamus and habeas corpus.

Application denied. Since the case has been assigned for hearing in the trial court on February 14, 1972, the exercise of our supervisory jurisdiction is unwarranted.